IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CEMENT MASONS' UNION LOCAL 592 PENSION FUND, et al. | : | CIVIL ACTION |
| v. | : | |
| BRIDGES CONTRACTING, INC. | : | NO. 02-2837 |

<u>ORDER</u>

AND NOW, this 11th day of July, 2002, default having been entered against defendant on July 9, 2002, it is hereby ORDERED that plaintiffs shall by July 25, 2002 file a motion for default judgment with an affidavit or affidavits setting forth damages and any other requested relief and shall serve a copy of the motion on defendant.

BY THE COURT:

_____
Stewart Dalzell, J.