UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CEMENT MASONS' UNION LOCAL NO. 592 PENSION FUND, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| BRIDGES CONTRACTING, INC. | : | |
| Defendant | : | NO. 02-cv-2837 |

### DECLARATION OF MARC L. GELMAN, ESQUIRE

Marc L. Gelman, Esquire states, under penalty of perjury that the following is true and correct.

1. I am employed as an associate with the Law Firm of Jennings Sigmond, P.C.

2. Attached to this Motion as Exhibit 4 is a computerized billing list showing all work performed by the office of Jennings Sigmond, P.C. and related costs in connection with the collection of the contributions at issue in this action through July 22, 2002. The computerized listing is prepared from contemporaneous attorney time and expense records, the originals of which are maintained in the regular business records and files of Jennings Sigmond, P.C.. The identity of those performing services connected with this matter are:

| Initials | Name | Title |
|---|---|---|
| MLG | Marc L. Gelman | Attorney |

3. Based upon my review of Exhibit 4, the Funds have incurred attorney's fees and costs of $1,528.68.

4. I have executed this Declaration in support of the Motion of Plaintiffs for Default Judgment against Bridges Contracting, Inc., ("Company" or "Bridges"), and request this Court to

102049-1


EXHIBIT 3

consider the same as proof in support of the allegations contained in the Complaint of the Funds and other facts stated in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/23/02

_____
MARC L. GELMAN, ESQUIRE

3965.1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CEMENT MASONS' UNION LOCAL NO. 592
PENSION FUND, et al.

v.

BRIDGES CONTRACTING, INC.

CIVIL ACTION NO. 02-CV-2837

JENNINGS SIGMOND, P.C. ATTORNEYS' FEES – JULY 2002

| Date | Attorney | Task | Time |
|---|---|---|---|
| 7/1/02 | MLG | Preparation of Judgment and Order | .8 |
| 7/2/02 | MLG | Review and Revision of Order and Judgment Calculation of Amounts Owed | .8 |
| 7/16/02 | MLG | Preparation of Motion for Default Judgment Preparation of DiSabato Declaration Preparation of Memorandum of Law in Support of Motion for Default Judgment Review Interest Calculations | 1.7 |
| 7/19/02 | MLG | Review and revise Memorandum of Law Phone Conference with A. DiSabato regarding the Collective Bargaining Agreement Calculation of Attorneys' Fees and Costs | .7 |
| Total | MLG | 4 Hrs. x $185.00 per hr. = | $ 740.00 |
| | | Through and Including June 2002 = | $ 788.68 |
| | | Grand Total | $1,528.68 |

89843.1


EXHIBIT 4

REPRINT OF BILLED DETAILS (as billed)

      Bill number CM592F-23423-001 SGR
      Bill date   05/08/02

Cement Masons Local Union No. 592
 Health, Welfare and Pension Funds
c/o Anthony DiSabato, Jr.
2501 Snyder Avenue
Philadelphia, PA 19145


Bridges Contracting, Inc. (23423)

FOR PROFESSIONAL SERVICES RENDERED

| Date | By | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/26/02 | MLG | Phone Conference with A. DiSabato regarding Institution of Litigation | .30 hrs | 185 /hr | 55.50 |
| 04/29/02 | MLG | Phone Conference with Fund regarding Delinquency Information<br>Review of Documents from Fund regarding same<br>Preparation of Memo to Attorney S. Rosenthal regarding Opening Case File | .50 hrs | 185 /hr | 92.50 |

    TOTAL FEES          $  148.00

DISBURSEMENTS

    TOTAL DISBURSEMENTS      $    .00

BILLING SUMMARY

    TOTAL FEES          $  148.00

    TOTAL CHARGES FOR THIS BILL  $  148.00

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number  CM592F-23423-002 SGR
                         Bill date    06/10/02
```

Cement Masons Local Union No. 592
  Health, Welfare and Pension Funds
c/o Anthony DiSabato, Jr.
2501 Snyder Avenue
Philadelphia, PA 19145


Bridges Contracting, Inc. (23423)

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/06/02 | MLG | Office Conference with C. Morton regarding Corporate Search | .20 hrs | 185 /hr | 37.00 |
| 05/09/02 | MLG | Review of Results of Corporate Information Search Preparation of Complaint | 1.50 hrs | 185 /hr | 277.50 |

                                   TOTAL FEES              $      314.50

DISBURSEMENTS

| 05/31/02 | SP | Service of Process | 45.00 |
| 05/31/02 | COPY | Photocopies | .91 |

                           TOTAL DISBURSEMENTS            $       45.91

BILLING SUMMARY

                           TOTAL FEES                     $      314.50

                           TOTAL DISBURSEMENTS            $       45.91

                           TOTAL CHARGES FOR THIS BILL    $      360.41

```
REPRINT OF BILLED DETAILS (as billed)
CM592F-23423-ALL SGR                                              Page    1

                REPORT TOTALS

                TOTAL FEES                                           462.50

                TOTAL DISBURSEMENTS                                   45.91
                                                                 ----------
                                                                     508.41
```

Sagot, Jennings & Sigmond

```
REPORT DATE    07/02/02              WORK IN PROCESS REPORT                          PAGE   1
REPORT NUMBER  JP038-048007
SORTED BY CLIENT/MATTER                                                              PRINTED BY MHT
BILL THROUGH RANGE 00/00/00-07/02/02
```

CLIENT  CM592F  MATTER  23423    Cement Masons Local 592 Funds        Bridges Contracting, Inc.
                                 Health, Welfare and Pension Funds
                                 c/o Anthony DiSabato, Jr.
                                 2501 Snyder Avenue
                                 Philadelphia, PA 19145

BILL TMKP :  SGR    Sanford G. Rosenthal
ORIG TMKP :  TWJ    Thomas W. Jennings

| DATE | TIMEKEEPER | HOURS | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 06/18/02 | MLG | .50 | 92.50 | Phone Conference with A. DiSabato regarding Case Status |
| 06/21/02 | MLG | .20 | 37.00 | Preparation of Request for Default
Review and Revision of Request for Default |

TIMEKEEPER TOTALS

| | | | | |
|---|---|---|---|---|
| MLG | .70 | 185 /hr | | 129.50 |
| TOTAL | | .70 | $ | 129.50 |

DISBURSEMENTS

| DATE | | | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| 06/01/02 | FF | | 150.00 | Filing Fee - US District Court |
| 06/05/02 | COPY | | .77 | Photocopies |

DISBURSEMENT TOTALS

| | | | |
|---|---|---|---|
| FF | | | 150.00 |
| COPY | | | .77 |
| DISB TOTAL | $ | | 150.77 |
| BILL TOTAL | $ | | 280.27 |

LAST ACTIVE  07/02/02              LAST PAYMENT  06/21/02

```
                              Sagot, Jennings & Sigmond

REPORT DATE   07/02/02           WORK IN PROCESS REPORT                        PAGE   2
REPORT NUMBER JP038-048007
SORTED BY CLIENT/MATTER                                                 PRINTED BY MHT
BILL THROUGH RANGE 00/00/00-07/02/02

                            FEES/
                  HOURS     EXPENSES

REPORT TOTALS      .70       129.50
                             150.77
```