```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CEMENT MASONS' UNION LOCAL 592  :   CIVIL ACTION
PENSION FUND, et al.            :
                                :
         v.                     :
                                :
                                :
BRIDGES CONTRACTING, INC.       :   NO. 02-2837
```

ORDER

      AND NOW, this 14th day of August, 2002, the Court having this day entered an Order and Judgment by Default against Bridges Contracting, Inc., it is hereby ORDERED that the Clerk shall CLOSE this action statistically.

                        BY THE COURT:

                        _____
                        Stewart Dalzell, J.